AO 450(Rev. 5/85)Judgment in a Civil Case



# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| DENNIS HIGGINBOTHAM, individually and on behalf of all others similarly situated, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 4909 |
| BAXTER INTERNATIONAL, INC., et al. | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment in favor of defendants and against plaintiffs dismissing plaintiffs' cause of action with prejudice. Class certification is denied without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 12/22/2005         /s/ Carol Wing, Deputy Clerk